UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOAN C. BENSON,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT WEINSTEIN d/b/a HERITAGE COMMONS, THE BOULEVARD OF CHICAGO, INC., an Illinois Not-for-Profit Corporation, formerly known as Interfaith House, Inc., and AREANDA ROBINSON,<br><br>Defendants. | No. 13 C 6241<br><br>Judge Durkin |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, JOAN C. BENSON, by her attorney, STEVEN O. ROSS, in support of her Motion to Dismiss her Amended Complaint, states as follows:

1. A settlement has been reached in this case.

2. A settlement agreement has been executed by all parties.

3. Since this matter has been settled, no causes of action exist.

4. The parties agree that all Counts of the Amended Complaint should be dismissed with prejudice.

5. The United States' consent to the dismissal of this cause with prejudice was entered on July 18, 2016.

WHEREFORE, Plaintiff, Joan C. Benson moves that this Court enter an Agreed Order dismissing the Amended Complaint with prejudice.

Respectfully submitted,

STEVEN O. ROSS
Attorney for Plaintiff Joan C. Benson

By: s/Steven O. Ross
    STEVEN O. ROSS
    1235 S. Prairie Ave., Unit 1503
    Chicago, Illinois 60605
    (312) 566-4170
    Soratty1@aol.com